IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TIMOTHY WILLIAMS, CLAUDIA MILLAN**
**AND CLAUDIA MILLAN AS GUARDIAN OF**
**JAMIE MILLAN a minor child,**

    **Plaintiff,**
vs.                                                            **No. 1:08-cv-876-JP/WDS**

**CITY OF BELEN, and OFFICERS**
**ENRIQUE VALDEZ, VICTOR CASTILLO,**
**SCOTT MCCLOUD AND J.P ABEITA in**
**their official and individual capacites.**

    **Defendants.**

### ORDER

**THIS MATTER** comes before the Court on Defendants' Motion to Compel Initial Disclosures (Doc. No. 24).  No response having been filed in opposition to the motion, Plaintiffs are deemed to have consented to the relief requested.  It appears to the Court that the only matters still outstanding are a complete list of all medical providers for Plaintiff Claudia Millan as required by D.N.M.LR-Civ 26.3(d)(1).  Inasmuch as the Court is this day granting the dismissal of all claims involving the infant, Jaime Millan, there is no further information necessary concerning him.

IT IS THEREFORE ORDERED that  Defendants' Motion to Compel Initial Disclosures (Doc. No. 24) is granted.  Plaintiff Claudia Millan shall provide all required disclosures within 10 days of the date of this order.  The parties shall bear their own costs and fees.

*(signature)*

**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**